UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FERMICHAEL HARRISON #324129** | **CASE NO. 6:18-CV-01631 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **DARRYL VANNOY** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus pursuant to 28U.S.C. §2254 be **DENIED and DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 2nd day of December, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE